IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA KIT,<br><br>　　　　　Defendant. | Case No. 19-cv-04224-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 18, 23 |

　　　　Before the Court is Chief Magistrate Judge Joseph C. Spero's Report and Recommendation, filed April 29, 2020, whereby Magistrate Judge Spero recommends the Court grant plaintiff's motion for default judgment. No objection to the Report and Recommendation has been filed.

　　　　Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

　　　　Accordingly, plaintiff's motion for default judgment is hereby GRANTED, and plaintiff shall have judgment in its favor and against defendant in the amount of $101,961.05.

　　　　**IT IS SO ORDERED.**

Dated: May 20, 2020

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge